UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER SMITH and
SHAWN MATEJOVICH,

    Petitioners,

v.

GEORGE KALTNER, individually and in his capacity associated with Sales Technologies, Inc. and Avatar Technologies, Inc. (PHA),

    Respondent.

Misc. Action No. _____

(Related to 1:13-cv-2018, N.D. Ill.)

**16 MISC 018**

*RECEIVED 2016 JAN 15 P 5: 33 US DISTRICT COURT SDNY*

## NOTICE OF MOTION

  **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law in support of this motion, supporting declaration of Alexander H. Burke, and exhibits attached thereto, petitioners Jennifer Smith and Shawn Matejovich will and hereby do move this Court, at the United States District Court, 500 Pearl Street, New York, New York 10007, at 11:00 a.m. on Tuesday, February 23, 2016, or as soon thereafter as the matter may be heard before the Part I Judge, for an Order, pursuant to Fed. R. Civ. P. 45, compelling respondent George Kaltner to produce documents in response to the subpoena issued by petitioners in the underlying matter of *Smith v. State Farm Mutual Auto. Ins. Co.*, No. 13-2018 (N.D. Ill.) ("*State Farm* Action"), and submit to a deposition.

  This motion is supported by the attached memorandum, the accompanying declaration of Alexander H. Burke and attached exhibits, facts of which this Court may take judicial notice, the record in the underlying *State Farm* Action, arguments of counsel if any, and any other matters as may properly come before the Court.

Respectfully submitted,

JENNIFER SMITH and SHAWN MATEJOVICH

Dated: January 15, 2016            By: _____
Jonathan D. Selbin (JS 3097)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jselbin@lchb.com

Alexander H. Burke
(*pro hac vice* motion forthcoming)
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289
aburke@burkelawllc.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that, on January 15, 2016, upon the filing of this document, I am causing a true and correct copy of petitioners' (1) Notice of Motion, (2) Memorandum of Law in Support of Motion to Compel Production and Deposition Testimony Pursuant to Subpoena, and (3) Declaration of Alexander H. Burke in Support of Motion to Compel Testimony and Production Pursuant to Subpoena, with exhibits, to be sent via electronic and U.S. mail to the following:

James P. Gaughan, Jr.
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
jgaughan@schiffhardin.com

*Counsel for State Farm,*
*Defendant in Related Case*

Yevgeny Strupinsky
LAW OFFICE OF EUGENE STRUPINSKY, PLLC
147 74th Street
Brooklyn, NY 11209
eugene@strupinsky.com

*Counsel for George Kaltner*

Karl W. Roth
ROTH LAW GROUP LLC
150 N. Michigan Ave., Suite 800
Chicago, IL 60601
kwr@rothlawgroup.com

*Counsel for Variable,*
*Defendant in Related Case*

Dated: January 15, 2016

Jonathan D. Selbin
One of Plaintiffs' Attorneys